IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PATRICIA A. ALLBRITTON**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:11-CV-0604-L** |
| | § | |
| **SSA, et al.,** | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed June 1, 2011. No objections were filed.

This is a *pro se* civil action. The magistrate judge determined that the action should be dismissed without prejudice for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court **dismisses** this action **without prejudice**.

**It is so ordered** this 17th day of June, 2011.

Sam A. Lindsay
United States District Judge

Order – Solo Page